UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division


DIDIER NGANDU NGALAMULUME,

      Petitioner,

v.                                    Action No.  2:26cv250

PAUL PERRY,
Caroline Detention Facility, and

RUSSELL HOTT,
ICE Washington Field Office,

      Respondents.


## FINAL ORDER

This matter is before the Court on the *pro se* 28 U.S.C. § 2241 petition filed on March 17, 2026, by petitioner Didier Ngandu Ngalamulume ("Ngalamulume").  ECF No. 1.  Ngalamulume was a detainee of United States Immigration and Customs Enforcement ("ICE") seeking release from immigration detention or a bond hearing.  *Id.* at 5-6.

The petition was referred to a United States Magistrate Judge for report and recommendation pursuant to the provisions of 28 U.S.C. § 636(b)(1)(A) and (B) and Local Civil Rule 72 of the Rules of the United States District Court for the Eastern District of Virginia.  ECF No. 4.  The Magistrate Judge's Report and

Recommendation filed April 17, 2026, recommends that the petition for a writ of habeas corpus be denied and dismissed without prejudice for lack of jurisdiction due to Ngalamulume's removal from the United States on March 13, 2026. ECF No. 12, at 1-4. The parties were advised of the right to file written objections to the findings and recommendations made by the Magistrate Judge, *id.* at 4-5, and no objections have been filed.[1]

The Court, having reviewed the record, does hereby accept the findings and recommendations set forth in the Report and Recommendation, and it is therefore **ORDERED** that the petition for a writ of habeas corpus, ECF No. 1, is **DENIED** and **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

The Clerk shall forward a copy of this Final Order to Ngalamulume at his address of record and to counsel for Respondents.

/s/
Rebecca Beach Smith
Senior United States District Judge

Rebecca Beach Smith
Senior United States District Judge

Norfolk, Virginia
May 19, 2026

---

[1] The court notes that all mail sent to Ngalamulume at his address of record has been returned as undelivered. See ECF Nos. 8, 9, 10, 11, 14.

2